1 MELINDA HAAG (CABN 132612)
United States Attorney
2
MIRANDA KANE (CABN 150630)
3 Criminal Chief

4 SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6    San Jose, California 95113
   Telephone: (408) 535-5061
7    FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8

9 Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 UNITED STATES OF AMERICA, ) No. CR 11-00456 EJD
    )
15     Plaintiff, )
    ) STIPULATION AND [PROPOSED]
16     v. ) ORDER CONTINUING STATUS
    ) HEARING AND EXCLUDING TIME
17 SANFORD WALLACE, ) UNDER THE SPEEDY TRIAL ACT
    )
18     Defendant. )
    ) SAN JOSE VENUE
19     )

20     The undersigned parties respectfully request that the status hearing currently scheduled

21 for January 23, 2012 be continued to April 9, 2012. The reason for the continuance is that

22 Assistant United States Attorney Susan Knight will be in trial in *United States v. Qin*, CR 10-

23 00083 PJH. In addition, the government the government recently turned over a hard drive with a

24 voluminous amount of data that Ms. Maxwell needs to review. Furthermore, Ms. Maxwell will

25 be in trial from early January until late March 2012. Therefore, the parties request a status

26 appearance on April 9, 2012 and request an exclusion of time under the Speedy Trial Act from

27 January 23, 2012 through April 9, 2012. The parties agree and stipulate that an exclusion of time

28 is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. §

STIPULATION AND [PROPOSED] ORDER
No. CR 11-00456 EJD                       1

3161(h)(7)(B)(iv).

SO STIPULATED:                    MELINDA HAAG
                                   United States Attorney

DATED: 1/8/12                      _____/s/_____
                                   SUSAN KNIGHT
                                   Assistant United States Attorney

DATED: 1/8/12                      _____/s/_____
                                   K.C. MAXWELL
                                   Counsel for Mr. Wallace

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for January 23, 2012 is continued to April 9, 2012.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from January 23, 2012 through April 9, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: January 10, 2012            _____
                                   EDWARD J. DAVILA
                                   United States District Judge