MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 421811)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00456 EJD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| SANFORD WALLACE, | |
| Defendant. | SAN JOSE VENUE |

The undersigned parties respectfully request that the status hearing currently scheduled for August 12, 2013 be continued to September 23, 2013. The reason for the continuance is that the government needs additional time to prepare a plea agreement, and afford defense counsel an opportunity to review the agreement and conduct any further investigation. In addition, the parties request an exclusion of time under the Speedy Trial Act from August 12, 2013 through September 23, 2013. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

//

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00456 EJD

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 8/8/13                           _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney


DATED: 8/8/13                           _____/s/_____
                                        K.C. MAXWELL
                                        Counsel for Mr. Wallace


## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for August 12, 2013 is continued to September 23, 2013

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 12, 2013 through September 23, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 8/8/2013                         _____
                                        EDWARD J. DAVILA
                                        United States District Judge