1  DAVID CALLAWAY (CABN 121782)
Acting United States Attorney
2  Chief, Criminal Division

3  SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
4  Assistant United States Attorney

5      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5061
       FAX: (408) 535-5066
7      E-Mail: Susan.Knight@usdoj.gov
               Hanley.Chew@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )  CR No. 11-00456 EJD
                                       )
14       Plaintiff,                    )  STIPULATION REQUESTING A CONTINUANCE
                                       )  IN THE SENTENCING DATE
15    v.                               )
                                       )
16  SANFORD WALLACE,                   )
                                       )
17       Defendant.                    )
                                       )
18  _____   )

19
        The undersigned parties respectfully request that the Court continue the sentencing hearing in
20
    above-captioned matter from May 9, 2016 to June 13, 2016.  The parties are requesting a final brief
21
    continuance in order to accommodate Probation Officer Joshua Sparks, who will be drafting the final
22
    presentence report.
23
    SO STIPULATED.
24
    //
25
    //
26
    //
27
    //
28

STIPULATION AND [PROPOSED] ORDER
CR 11-00456 EJD

1  DATED: April 29, 2016                    DAVID R. CALLAWAY
                                            Acting United States Attorney
2

3                                           /s/
                                            SUSAN KNIGHT
4                                           HANLEY CHEW
                                            Assistant United States Attorneys
5

6  DATED: April 29, 2016

7                                           /s/
                                            WM. MICHAEL WHALEN, JR.
                                            Counsel for Mr. Wallace
8

9                                    **ORDER**

10       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing is

11  continued from May 9, 2016 to June 13, 2016 at 1:30 p.m.

12  SO ORDERED.

13

14
                                            _____
15                                          HON. EDWARD J. DAVILA
                                            United States Magistrate Judge
16

17  _____

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 11-00456 EJD