UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Edward J. Davila**
Courtroom 1 - 5th Floor
**Criminal Minute Order**

# TITLE: USA v. Sanford Wallace (NC)(P)
# CASE NUMBER: 5:11-cr-00456-EJD

**TIME IN COURT:** 29 mins
(3:04 – 3:33 PM)

**Date:** June 13, 2016
**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez

**U.S. Probation Officer:** Joshua Sparks
**U.S. Pretrial Services Officer:** N/A
**Interpreter:** N/A

## APPEARANCES:
Government Attorney(s) present: Susan Knight
Defendant Attorney(s) present: Wm. Michael Whelan

## PROCEEDINGS: Sentencing Hearing

## ORDER AFTER STATUS CONFERENCE:
**Hearing held.**
The Court sentenced the defendant as to counts 3 and 10 of the Indictment. The Court committed the defendant to 30 months BOP custody as to each count, each count to run concurrently; FIVE (5) years supervised release as to each count, each count to run concurrently with each other; $200 special assessment, $310,628.55 restitution to be repaid to victim Facebook, no fine imposed. The Government moved to dismiss remaining counts 1-2, 4-9, 11 of the Indictment. The Court GRANTED the motion. Defendant shall self-surrender on September 7, 2016 by 2:00 PM to the BOP designated facility.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled – C. Escolano
CC: